UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TEAVER                                    CIVIL ACTION

VERSUS                                    NO: 10-1523

SEATRAX OF LOUISIANA, INC.,               SECTION: "J"(5)
ET AL.

**ORDER**

Before the Court is Defendants' **Joint Motion to Bifurcate (Rec. Doc. 249)**. Defendants' motion, set for hearing on the briefs on May 22, 2013, is opposed. Federal Rule of Civil Procedure 42(b) provides that, "[f]or convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims." The decision to bifurcate a trial is left to the discretion of the trial court. Rosales v. Honda Motor Co., Ltd., 726 F.2d 259, 260 (5th Cir. 1984). The Court, having reviewed the motion and memoranda of counsel, the record, and the applicable law, finds, in its discretion, that Defendants' motion should be **DENIED**.

New Orleans, Louisiana this 30th day of May, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE